**PROPOSED DISCOVERY PLAN/SCHEDULING ORDER**[1]
**(Magistrate Judge Lee G. Dunst)**

Case No.: _____25-cv-1191_____   Date of Initial Conference: _July 29, 2025__

Plaintiff(s) (including names of counsel who will appear at the initial conference):
**James O'Donnell from Helen F. Dalton & Associates, P.C. appearing on behalf of Plaintiffs Alida Martinez Paredes and Meradys Rossemary De La Cruz Reyes**

Defendants(s) (including names of counsel who will appear at the initial conference):
**Jason Mizrahi from Levin-Epstein & Associates, P.C. appearing on behalf of Defendants Garcias' Taco Bar LLC, Roberto Garcia, and Jennifer Arguello**

## PREPARATION FOR INITIAL CONFERENCE

1. **Rule 26(f) Meeting**

   a. Date(s) meeting(s) held: **July 22, 2025**

   b. Plaintiff(s)' representative(s) who participated:
      **James O'Donnell**

   c. Defendant(s)' representative (s) who participated:
      **Jason Mizrahi**

2. **Discovery Exchanged Prior To Initial Conference** *[insert details below]*
   The parties have/will have exchanged their Rule 26 Initial Disclosures prior to the Initial Conference

---

[1] The parties should consult Judge Dunst's Individual Practice Rules if they need further direction about completion of this form to be filed jointly on ECF at least five (5) business days before the Initial Conference. In completing this form, the parties are reminded that the scope of discovery should be "proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

**UPDATED/EFFECTIVE SEPTEMBER 1, 2023**

3. **Electronically Stored Information (if any)**

   a. Have counsel discussed any ESI to be produced?
      Yes_____
      _____
      _____

   b. Have the parties entered into an ESI protocol?
      No_____
      _____
      _____

4. **Protective Order (if any)** *[insert expected date of submission for Court approval]*
   _____
   _____
   _____

5. **Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?**
   **No**

## PHASE 1 DISCOVERY

1. Date for completion of **automatic disclosures** required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: **July 29, 2025**

2. Date for completion of **preliminary discovery** necessary for reasoned consideration of settlement: **September 15, 2025**

3. **Settlement Conference and Mediation** *[Select Option 1 or 2 below]*

   a. Option 1: Proposed date for initial settlement conference *[any time prior to the commencement of Phase 2 discovery]* _____.

   b. Option 2: The parties wish to be referred to the EDNY Mediation Program for mediation: **immediately following the completion of preliminary discovery referenced in paragraph 2__.**

# PHASE 2 DISCOVERY

1. **Deadline** for proposed **amendment of the pleadings** to add claims or join additional parties:[2] **September 29, 2025.**

2. Anticipated **number** of **depositions**: plaintiff(s): \_\_\_\_2\_\_\_ defendant(s): \_\_\_2\_\_\_\_.

3. Date for **completion of fact discovery**: **March 30, 2026.**

4. **Number** of **expert witnesses**: plaintiff(s): \_\_\_0_____ defendant(s): \_\_\_\_\_0\_\_\_\_\_.

5. Date for exchange of **expert report(s)**: _____n/a_____.

6. Date for **completion** of **expert discovery**: _____n/a_____.

7. Date for **submission** of **joint certification of completion of all discovery**: **April 6, 2026**.

8. Final date to take the first step in **dispositive motion practice**: **April 30, 2026**. (*Parties are directed to consult the District Judge's Individual Rules regarding such motion practice*).

---

[2] Any motion to amend the pleadings to add claims or join additional parties filed on or after the court-approved deadline will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d. Cir. 2021).