UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **July 29, 2025** |
| **TIME:** | **2:30PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-1191 (LGD)** |
| **NAME OF CASE(S):** | Paredes et al v. Garcias' Taco Bar LLC et al |
| **FOR PLAINTIFF(S):** | James Patrick Peter O'Donnell |
| **FOR DEFENDANT(S):** | Jason Mizrahi |
| **NEXT CONFERENCE(S):** | December 11, 2025 at 12:00PM via Teleconference |
| **FTR/COURT REPORTER:** | 2:31-2:39, via Zoom |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for all sides present.

The parties' proposed schedule (DE 19) is APPROVED as follows: (1) completion of preliminary discovery by **9/15/2025**; (2) completion of fact discovery by **3/30/2026**; (3) completion of all discovery by **4/6/2026**; and (4) the final date to take the first step in dispositive motion practice consistent with the Individual Practice Rules of the assigned District Judge shall be **4/30/2026**. Additionally, the deadline to amend pleadings to add claims or join additional parties shall be **9/29/2025**. Any such motion filed on or after 9/30/2025 will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b). *See Sacerdote v. New York University*, 9 F.4th 95, 115 (2d Cir. 2021).

The Clerk of the Court is directed to assign a District Judge to this case.

This case is referred to the EDNY Mediation Panel. For assistance with the mediation process or the selection of a mediator, counsel are invited to contact EDNY ADR Administrator Danielle B. Shalov at 718-613-2578. Completion of mediation shall be by **10/31/2025**. The parties shall submit a joint status report by **11/7/2025**.

The parties shall appear for a teleconference on **12/11/2025 at 12:00 PM**. The Court will provide a dial-in prior to the commencement of the conference.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge